This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**THE TULAROSA COMMUNITY DITCH, a Corporation,**

    Plaintiff-Appellee,

v.                               **NO. 29,909**

**MICHAEL DAVALOS, JR.,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

A.J. Olsen
Roswell, NM

for Appellee

Sheehan & Sheehan, P.A.
Susan C. Kery
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Defendant Michael Davalos, Jr. appeals the district court's denial of his motion to reconsider nunc pro tunc. On August 5, 2010, this Court filed a notice of proposed summary disposition proposing to dismiss the appeal for lack of a final order. On August 30, 2010, Defendant filed a memorandum in support of proposed summary disposition, which requests dismissal of the appeal and remand to the district court for further proceedings.

Accordingly, for the reasons set forth in our notice of proposed summary disposition, we dismiss Defendant's appeal and remand to the district court for further proceedings. Mandate shall issue forthwith.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

2

_____

**TIMOTHY L. GARCIA, Judge**